1  ELYSE M. GREENWALD (BAR NO. 268050)
   elyse.greenwald@lw.com
2  LATHAM & WATKINS LLP
   10250 Constellation Boulevard
3  Suite 1100
   Los Angeles, CA 90067
4  Tel: 424.653.5500
   Fax: 424.653.5501
5
   *Attorneys for Plaintiffs CoStar Group, Inc.*
6  *and CoStar Realty Information, Inc.*

7  [Additional Counsel Listed on the Next Page]

8              **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| 10  COSTAR GROUP, INC., and COSTAR REALTY INFORMATION, INC.,<br><br>12              Plaintiffs,<br><br>13       v.<br><br>14  RESTB.AI, LLC,<br><br>15              Defendant. | **CASE NO. 2:22-mc-00228-CBM-AS**<br><br>Assigned to Hon. Consuelo B. Marshall<br>Hon. Alka Sagar, Magistrate Judge<br><br>**JOINT STATUS REPORT REGARDING RESTB'S SUBPOENA COMPLIANCE** |

NICHOLAS J. BOYLE*
nicholas.boyle@lw.com
SARAH A. TOMKOWIAK*
sarah.tomkowiak@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
Tel: 202.637.2200
Fax: 202.637.2201

CAITLIN E. DAHL*
caitlin.dahl@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
Tel: 312.876.7700
Fax: 312.993.9767

* *Admitted pro hac vice*

TO THE HONORABLE COURT:

      The parties, CoStar Group, Inc. and CoStar Realty Information, Inc. ("CoStar") and Restb.ai., LLC ("Restb") (together, the "Parties"), submit this Joint Status Report pursuant to the Court's Order of May 10, 2024.  Dkt. No. 63.

1. The parties incorporate by reference their prior status reports.

2. On January 31, 2024, the Parties submitted a joint status report stating that with the exception of certain categories of documents CoStar would seek first from Commercial Real Estate Exchange, Inc. ("CREXi"), the Parties were in agreement that CoStar would not seek further discovery from Restb, assuming CoStar does not become aware of information suggesting that Restb has not complied with CoStar's subpoena and Restb's related obligations.  *See* Dkt. No. 62 at 1.  The report also stated that CoStar reserved the right to seek the production of these specific categories of documents from Restb in the event CREXi failed or refused to produce them, and that Restb reserved the right to object to additional requests for information.  *See id.* at 2-4.

3. Based on information learned at Angel Esteban Soto's January 26, 2024 deposition testimony, CoStar has requested that CREXi produce data logs identifying all image URLs that CREXi sent to Restb during the course of their contractual relationship, or data logs containing the results of Restb's image filter for each of those image URLs, which were provided to CREXi.  CoStar has also requested that CREXi produce communications between CREXi and Restb that it withheld pursuant to a common interest privilege on the basis that CREXi cannot establish the existence of a valid common interest agreement.  CREXi has refused to produce these logs or communications withheld pursuant to a purported common-interest agreement.

4. CoStar intends to continue to seek these logs and communications from CREXi in an effort to alleviate any burden on Restb.  In the event that CREXi continues to refuse to produce the data logs or its communications with Restb that

currently are being withheld pursuant to a common interest privilege, however, CoStar continues to reserve its rights to seek the production of these documents from Restb. Restb continues to reserve the right to object to additional requests for information.

    5.    The two items listed in paragraph 4 above are the sole remaining open issues with respect to the subject subpoena.

Dated: June 10, 2024

Respectfully submitted,

/s/ Sarah A. Tomkowiak
SARAH A. TOMKOWIAK *(Pro Hac Vice)*
sarah.tomkowiak@lw.com
NICHOLAS J. BOYLE *(Pro Hac Vice)*
nicholas.boyle@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
Tel: 202.637.2200
Fax: 202.637.2201

ELYSE M. GREENWALD
(Bar No. 268050)
elyse.greenwald@lw.com
LATHAM & WATKINS LLP
10250 Constellation Boulevard
Suite 1100
Los Angeles, CA 90067
Tel: 424.653.5525
Fax: 424.653.5501

CAITLIN E. DAHL *(Pro Hac Vice)*
caitlin.dahl@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
Tel: 312.876.7700
Fax: 312.993.9767

Attorneys for Plaintiffs Costar Group, Inc., and Costar Realty Information, Inc.

| | | |
|---|---|---|
| Dated: June 10, 2024 | | SUSMAN GODFREY LLP |
| | By: | */s/ Genevieve V. Wallace* |
| | | GENEVIEVE VOSE WALLACE, *Pro Hac Vice* |
| | | gwallace@susmangodfrey.com |
| | | 401 Union Street |
| | | Suite 3000 |
| | | Seattle, WA 98101 |
| | | Tel: 206.516.3880 |
| | | Fax: 206.516.3883 |
| | | Attorney for Defendant RESTB.AI, LLC. |

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated: June 10, 2024       /s/ *Sarah A. Tomkowiak*
                                           Sarah A. Tomkowiak